**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

| | | |
|---|---|---|
| TAMARA GURKLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:11-cv-00760-bbc |
| | ) | |
| BRACHFELD LAW GROUP, PC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, TAMARA GURKLIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.


DATED:  January 20, 2012              RESPECTFULLY SUBMITTED,

                                      KROHN & MOSS, LTD.



                         By: /s/ Michael S. Agruss

                             Michael S. Agruss
                             Krohn & Moss, Ltd.
                             10 N. Dearborn, 3rd Floor
                             Chicago, IL 60602
                             Tel: (323) 988-2400 x235
                             Fax: 866-620-2956
                             magruss@consumerlawcenter.com
                             Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system. A copy of said Notice was electronically

submitted by electronic mail to the following:

David McDorman
david@mcdormanlaw.com

By:/s/ Michael S. Agruss
Michael S. Agruss