IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAMARA GURKLIS,

                                                      ORDER

                Plaintiff,

                                                    11-cv-760-bbc

     v.

BRACHFIELD LAW GROUP, P.C.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff Tamara Gurklis has filed a notice of settlement (dkt. #7). Plaintiff may have 30 days in which to complete the settlement. All dates previously set are vacated. If settlement has not been accomplished by that time, plaintiff is to report on the status of the matter at a telephone conference on February 29, 2012 at 8:30 a.m. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If, before February 29, 2012, plaintiff's counsel has advised the court that it may enter its standard order of dismissal or has filed a statement confirming

settlement, the status conference will be canceled.

Entered this 25th day of January, 2012.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge