UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TAMARA GURKLIS,

                             Plaintiff,                                 ORDER

                               v.                                    Case No. 11-cv-760-bbc

BRACHFELD LAW GROUP, P.C.,

                             Defendant.

---

      The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 29th day of February, 2012.

                                                                      Barbara B. Crabb
                                                                      District Judge